UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATALIE OKTEN, on behalf of herself and those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>RADIUS GLOBAL SOLUTIONS, LLC; and JOHN DOES 1 TO 10.,<br><br>    Defendant. | Case No. 2:22-cv-00782-ES-CLW |

**DEFENDANT'S MOTION TO DISMISS**

Defendant, Radius Global Solutions, LLC ("RGS") pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully submits this Motion to Dismiss the claims asserted by Plaintiff, Natalie Okten, in the Amended Complaint. RGS presently has a Motion to Dismiss the claims in the Original Complaint pending, s*ee* Dkt. 5, which may be terminated as moot given Plaintiff's filing of the Amended Complaint.

    Respectfully submitted,

    */s/ Aaron R. Easley*
    Aaron R. Easley, Esq.
    SESSIONS, ISRAEL & SHARTLE
    3 Cross Creek Drive
    Flemington, NJ 08822
    Telephone: (908) 237-1660
    Facsimile:   877-344-0661
    Email: aeasley@sessions.legal
    *Counsel for Defendant,*
    *Radius Global Solutions, LLC*

## CERTIFICATE OF SERVICE

    I certify that on March 31, 2022, a copy of the forgoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                              */s/ Aaron R. Easley*
                                              Aaron R. Easley, Esq.