UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATALIE OKTEN, on behalf of herself and those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>RADIUS GLOBAL SOLUTIONS, LLC; and JOHN DOES 1 TO 10.,<br><br>    Defendant. | Case No. 2:22-cv-00782-ES-CLW |

<u>**ORDER**</u>

THE COURT, HAVING CONSIDERED the Motion to Dismiss filed by Defendant, Radius Global Solutions, LLC;

IT IS HEREBY ORDERED that the Motion is GRANTED. Plaintiff's claims are hereby dismissed with prejudice.

Entered this ____ day of _____, 20___.

_____
Hon. Esther Salas