**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NATALIE OKTEN, on behalf of herself and those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>RADIUS GLOBAL SOLUTIONS, LLC; and JOHN DOES 1 TO 10.,<br><br>    Defendant. | Case No. 2:22-cv-00782 |

    IT APPEARING that this matter was removed from state court; and

    IT FURTHER APPEARING that on August 26, 2022, Chief Judge Wolfson of this Court dismissed and remanded one of the parallel actions, *Daye v. Allied Interstate, LLC et al.*, Case No. 3:21-cv-07582 (FLW-TJB), for lack of subject matter jurisdiction based on *Trans Union LLC v. Ramirez*, _U.S._, 141 S.Ct. 2190 (2021); and

    IT FURHTER APPEARING that defendant promptly wrote to this Court informing it of Chief Judge Wolfson's ruling and requesting that this matter likewise be remanded to state court; and

    IT FURTHER APPEARING that plaintiff consents to remand of this matter to state court;

    IT IS this 12th day of October, 2022,

    ORDERED that this action is remanded to the state court from which it originated, Superior Court, Essex County, ESX-L-102-22.

_____
UNITED STATES DISTRICT JUDGE
